IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_Nashville_ DIVISION

_Joseph Perez_,
(Name)
_Jid-003105 7_,
(Prison Id. No.)

_____,
(Name)
_____,
(Prison Id. No.)

Plaintiff(s)

v.

_Trooper Eric Bihembo_
(Name)
_State Troopers office_,
(Name)

Defendant(s)

) (List the names of all the plaintiffs filing
) this lawsuit. Do not use "et al." Attach
) additional sheets if necessary.)
)
)
)
)
) Civil Action No. _____
) (To be assigned by the Clerk's Office.
) Do not write in this space.)
)
)
) JURY TRIAL REQUESTED _/_ YES ___ NO
) only if one is necessary
) (List the names of all defendants
) against whom you are filing this
) lawsuit. Do you use "et al." Attach
) additional sheets if necessary.)
)
)

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS FILED
PURSUANT TO 42 U.S.C. § 1983**

I. **PARTIES TO THIS LAWSUIT**

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: _Joseph Camaron Perez_
   Prison I.D. No. of the first plaintiff: _JID-003105 7_
   Address of the first plaintiff: _1214 N. Tennessee Blvd, Murfreesboro TN, 37130 / Currently I am housed or incarcerated at 940 New Salem Highway Murfreesboro TN 37129_
   Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (✓)

2. Name of the second plaintiff: _____
   Prison I.D. No. of the second plaintiff: _____
   Address of the second plaintiff: _____

   Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (___)

Revised 11/2014

*(Include the name of the institution and mailing address with zip code for each plaintiff. If any plaintiff changes his or her address, he or she must notify the Court immediately. If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.)*

    B. Defendant(s) against whom this lawsuit is being brought:

        1. Name of the first defendant: Trooper Eric Bihembo
           Place of employment of the first defendant: State Troopers office

           First defendant's address: 1603 Murfreesboro Pike Nashville TN, 37214

           Named in official capacity? ✓ Yes     ___ No
           Named in individual capacity? ✓ Yes     ___ No

        2. Name of the second defendant: The Office of the State Troopers
           Place of employment of the second defendant: The State troopers office

           Second defendant's address: 1603 Murfreesboro Pike Nashville TN 37214

           Named in official capacity? ✓ Yes     ___ No
           Named in individual capacity? ___ Yes     ___ No

*(If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, his or her place of employment, address, and the capacity in which you are suing that defendant. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide each defendant's proper name, place of employment, and address, the Clerk will be unable to serve that defendant should process issue.)*

## II. JURISDICTION

    A. Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (applies to state prisoners). Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3).

    If you wish to assert jurisdiction under different or additional statutes, you may list them below:

III. **PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)**

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuit(s) in the United States District Court for the Middle District of Tennessee, or in any other federal or state court? ✓ Yes ___ No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

   Plaintiffs  Joseph Camarano Perez

   Defendants  Shelbyville Sheriff's Department / Bedford County.

2. In what court did you file the previous lawsuit? Eastern District

   (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.)

3. What was the case number of the previous lawsuit? N/A

4. What was the Judge's name to whom the case was assigned? N/A

5. What type of case was it (for example, habeas corpus or civil rights action)? Civil Rights Action

6. When did you file the previous lawsuit? (Provide the year, if you do not know the exact date.) 2022

7. What was the result of the previous lawsuit? For example, was the case dismissed or appealed, or is it still pending? Dismissed, Address Change Couldn't keep up lawsuit

8. When was the previous lawsuit decided by the court? (Provide the year, if you do not know the exact date.) 2023

9. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit? ___ Yes ✓ No

*(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)*

IV. **EXHAUSTION**

   A. Are the facts of your lawsuit related to your present confinement?

   ✓ Yes  ___ No

   B. If you checked the box marked "No" in question III.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. I am being housed in Murfreesboro @ the Rutherford County Detention Center at 940 New Salem Highway in Murf. TN 37129

   C. Do the facts of your lawsuit relate to your confinement in a Tennessee state prison?

   ___ Yes  ✓ No

   *(If you checked the box marked "No," proceed to question IV.G. If you checked the box marked "Yes," proceed to question IV.D.)*

   D. Have you presented these facts to the prison authorities through the state grievance procedure?  ___ Yes  N/A No

   E. If you checked the box marked "Yes" in question III.D above:

   1. What steps did you take? N/A

   2. What was the response of prison authorities? N/A

   F. If you checked the box marked "No" in question IV.D above, explain why not. I have been Charged illegally by Officer Eric Bihombo due to his use of false information in order to obtain the Affidavit's to file his Charges of DUI First, Resting Arrest, Tampering with Evidence and Reckless Driving by intoxicant.

   G. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?  ✓ Yes  ___ No

   H. If "Yes" to the question above, have you presented these facts to the authorities who operate the detention facility?  ___ Yes  ✓ No

   I. If you checked the box marked "Yes" in question III.H above:

   1. What steps did you take? None because it is really not up to them to correct the error but the Courts

2. What was the response of the authorities who run the detention facility? _____

    N/A

J. If you checked the box marked "No" in question IV.H above, explain why not. _____

    N/A

## V. CAUSE OF ACTION

Briefly explain which of your constitutional rights were violated:

I am being held on a bond much higher then necassary and he defamed my character

## VI. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ inch x 11 inch paper. Write on one side only, and leave a 1-inch margin on all 4 sides.

On November 21st, 2024 State Trooper Eric Bihembo acting as a representative of the State Troopers office used false information to obtain arrest warrants for my arrest. He violated my rights and defamed my character as well as had me held by a bond that was higher than necessary. Trooper Bihembo made several false statements in his Affidavit, some that where made false by his other statements and some that were just plain false. Trooper Bihembo came into contact with me on the 21st of Nov. while on duty where he subsequently arrested me on I-24 Eastbound in Smyrna TN when he later at the Rutherford County detention Center in murfreesboro TN used false information to obtain warrents or charges against me that he otherwise wouldn't of been able to get.

**VII. RELIEF REQUESTED:** State exactly what you want the Court to order each defendant to do for you.

I am asking the State of Tennessee to award me $4,000,000.00 in relelf Due to the loss of freedom, emotional Stress / the mental anguish that these events have caused me and while I know Money will never undue these hardships it will ease the pain of moving forward.

I request a jury trial.  ✓ Yes  ___ No if one is necessary

**VIII. CERTIFICATION**

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: [signed]  Date: 12/25/2024
Prison Id. No. JTD-0031057
Address (Include the city, state and zip code.): 940 New Salem Highway Murfreesboro, TN 37129

Signature: _____  Date: _____
Prison Id. No. _____
Address (Include the city, state and zip code.): _____

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information requested above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT AND (1) THE REQUIRED FILING FEE OR (2) COMPLETED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS TOGETHER.** Complaints received without the required filing fee or application to proceed without prepayment of fees will be returned. Filing fees and applications to proceed without prepayment of fees submitted without a complaint will be returned.



Joseph Cameron Perez
940 New Salem Highway
Murfreesboro, TN 37129

United States District Court
for the middle District of Tennessee
Nashville Division
801 Broadway, Room 800
Nashville, TN 37203

RECEIVED
JAN 02 2025
US DISTRICT COURT
MID DIST TENN

Legal

THE RUTHERFORD COUNTY
SHERIFF'S OFFICE/RCADC HAS
INSPECTED THIS ITEM, AND
NEITHER ENDORSES ITS
CONTENTS NOR TAKES
RESPONSIBILITY FOR THEM.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

FSC MIX Envelope FSC® C137131